HELEN RENNER, as Guardian ad Litem of FRANCES RENNER, Respondent, v. ZURICH GENERAL ACCIDENT & LIABILITY INSURANCE COMPANY, LIMITED, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagerty, Adel and Taylor, JJ.

ROSE RIFKIN, Appellant, v. THE MANHATTAN LIFE INSURANCE COMPANY OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagerty, Adel and Taylor, JJ.

SOPHIA ROSENBERG and NATALIE KELLERMAN, Respondents, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division granted. Motion for a stay granted. Present — Lazansky, P. J., Young, Hagerty, Adel and Taylor, JJ.

RUBEL CORPORATION and SAMUEL RUBEL, Respondents, v. SAMUEL ROSOFF and Others, Appellants, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Lazansky, P. J., Young, Hagerty, Adel and Taylor, JJ.

SAUL J. SENTER, Appellant, v. MITSUBISHI SHOJI KAISHA, LTD., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagerty, Adel and Taylor, JJ.

FLO SIEGEL, Respondent, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant; NATHAN SIEGEL, Defendant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagerty, Adel and Taylor, JJ.

LINA SOMMER, Respondent, v. PAUL SOMMER, Appellant.— Motion to resettle order of this court dated July 2, 1936 [ante, p. 827], granted, and the proposed order submitted signed. Present — Lazansky, P. J., Young, Hagerty, Adel and Taylor, JJ.

THE SOUTH SHORE BANK OF STATEN ISLAND, Appellant, v. HENRIETTA R. WOOD, Individually and as Executrix, etc., of MORTIMER W. WOOD, Deceased, and Others, Defendants, and TOTTENVILLE NATIONAL BANK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagerty, Adel and Taylor, JJ.

STARLIGHT CAFETERIA, INC., and Others, Respondents, v. RELIABLE KITCHEN EQUIPMENT, INC., Defendant, and " JOHN " W. FRIEDMAN, etc., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagerty, Adel and Taylor, JJ.

STERLING MOTORS CORPORATION, Appellant, v. MITCHEL BROS. & JONES, INC., etc., Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagerty, Adel and Taylor, JJ.

EDYTHE STEVENS, Respondent, v. EDWIN A. STEVENS, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 344.] The following question is certified: Should the motion to dismiss the counterclaim have been granted? Present — Lazansky, P. J., Young, Hagerty, Adel and Taylor, JJ.